IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No. 10-cv-00014-REB-BNB         Date: November 18, 2010
Courtroom Deputy: Geneva D. Mattei           FTR BNB COURTROOM A-401

---

CATHERINE WALKER,                            John Baird

        Plaintiff(s),

v.

TRINIDAD AREA HEALTH ASSOCIATION,            Bruce Anderson

        Defendant(s).

---

## COURTROOM MINUTES

---

**HEARING: MOTIONS**

Court in Session:      3:37 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:    Plaintiff Catherine Walker's motion to compel discovery and for sanctions [Doc. #33; filed 11/5/10] is granted in part and denied in part for reasons stated on the record.**

Court in Recess:      3:53 p.m.      Hearing concluded.      Total time in Court: 00:15

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.