IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00014-REB-BNB

CATHERINE WALKER,

Plaintiff,

v.

TRINIDAD AREA HEALTH ASS'N,

Defendant.

_____

**ORDER**
_____

This matter arises on **Plaintiff Catherine Walker's Motion to Compel Discovery and for Sanctions** [Doc. # 33, filed 11/5/2010](the "Motion to Compel").  I held a hearing on the Motion to Compel this afternoon and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record,

IT IS ORDERED that the Motion to Compel [Doc. # 33] is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED to allow the Rule 30(b)(6) deposition of the defendant to be reopened at such date and time as the parties may agree and to require the defendant to produce a witness to testify about the topic identified in Category 14 of the Rule 30(b)(6) deposition notice, limited to complaints concerning the Respiratory Therapy Department for the time period 2003 through 2007;

• GRANTED to require the defendant to produce, on or before **November 26, 2010**, all documents responsive to Request for Production No. 5 for the time period 2003 through 2007;

and

- DENIED in all other respects.

Dated November 18, 2010.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge