**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  10-cv-00014-REB-BNB

CATHERINE WALKER,

      Plaintiff,

v.

TRINIDAD AREA HEALTH ASSOCIATION,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal, With Prejudice** [#50] filed January 7, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal, With Prejudice** [#50] filed January 7, 2011, is **APPROVED**;

2. That the Trial Preparation Conference set for January 14, 2011, is **VACATED**;

3. That the jury trial set to commence January 31, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 7, 2011, at Denver, Colorado.

                                                **BY THE COURT:**

                                                */s/ Robert E. Blackburn*
                                                Robert E. Blackburn
                                                United States District Judge